UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION (BAY CITY)

In the Matter of:                                          Case No. 16-20511
                                                           Chapter 13 Proceeding
Emily M. Barnett,                                          Honorable Daniel S. Opperman

_____ Debtor(s) /

## OBJECTION TO PROOF OF CLAIM 18

**NOW COMES** the Debtor, Emily M. Barnett, by and through her counsel, Kimberly Kramer, P.L.C., by Kimberly A. Kramer, and for her Objection states as follows:

1. That Michigan Department of Treasury filed Proof of Claim 18 alleging $1,290.40 due for 2014 based on "IRS Match" presumably based on Debtor's 2014 federal 1040 return but did not provide further information as required by FRBP 3001;

2. That it is impossible, without further information, for Debtor to determine upon what the Michigan Department of Treasury bases its claim in order to assess the claim's legitimacy;

3. That Debtor's 2014 return shows a refund due of $48.00; (Exhibit "A")

4. That Michigan Department of Treasury filed Proof of Claim 18 alleging $1,003.13 due for tax year 2011 without providing additional information;

5. That Debtor's 2011 return shows a refund due of $180.00; (Exhibit "B")

6. That while creditors enjoy prima facie presumption of validly when filing a claim, this presumption is challenged when Debtors provide valid refuting the amount alleged owed;

7. That Debtor's return show she does not owe Michigan Department of Treasury tax debt for 2011 or 2014 and without complete information from Michigan Department of Treasury in support of their claim, the returns over come the claim's prima facie presumption of validity until such time as the Michigan Department of Treasury can provide the information required to support its claim;

8. That a proposed Order is attached; (Exhibit "C")

WHEREFORE, Debtor respectfully requests this Honorable Court sustain her Objection and disallow the claim in total.

                                        Respectfully Submitted,
                                        **KIMBERLY KRAMER, P.L.C.**
Dated: September 6, 2016                /s/ Kimberly A. Kramer
                                        KIMBERLY A. KRAMER (P59045)
                                        Attorney for Debtor
                                        916 Washington Avenue, Suite 320
                                        Bay City, MI 48708
                                        (989) 671-4333
                                        Kimberlykramerplc@sbcglobal.net

16EMBARN 06/02/2016 12:11 PM

Michigan Department of Treasury (Rev. 05-14), Page 1 of 2

Issued under authority of Public Act 281 of 1967, as amended.

A

# 2014 MICHIGAN Individual Income Tax Return MI-1040

**Return is due April 15, 2015.**
Type or print in blue or black ink.

| EMILY | YORK-BARNETT | - -3957 |

5228 MCCARTY

| SAGINAW | MI | 48603 | 4. School District Code (5 digits – see page 60) 09050 |

**5. STATE CAMPAIGN FUND**
Check if you (and/or your spouse, if filing a joint return) want $3 of your taxes to go to this fund. This will not increase your tax or reduce your refund.
a. ☐ Filer
b. ☐ Spouse

**6. FARMERS, FISHERMEN, OR SEAFARERS**
☐ Check this box if 2/3 of your income is from farming, fishing, or seafaring.

**7. 2014 FILING STATUS. Check one.**
a. ☒ Single
b. ☐ Married filing jointly
c. ☐ Married filing separately*

* If you check box "c," complete line 3 and enter spouse's full name below:

**8. 2014 RESIDENCY STATUS. Check all that apply.**
a. ☒ Resident
b. ☐ Nonresident *
c. ☐ Part-Year Resident *

* If you check box "b" or "c," you must complete and attach Schedule NR.

**9. EXEMPTIONS.** NOTE: If someone else can claim you as a dependent, check box 9d, enter 0 on line 9a and enter $1,500 on line 9d (see instr.).

| | | |
|---|---|---|
| a. Number of exemptions claimed on 2014 federal return | 9a. 2 x $4,000 9a. | 8,000 00 |
| b. Number of individuals who qualify for one of the following special exemptions: deaf, blind, hemiplegic, paraplegic, quadriplegic, or totally and permanently disabled | 9b. x $2,500 9b. | 00 |
| c. Number of qualified disabled veterans | 9c. x $400 9c. | 00 |
| d. Claimed as dependent, see line 9 NOTE above | 9d. ☐ 9d. | 00 |
| e. Add lines 9a, 9b, 9c and 9d. Enter here and on line 15 | 9e. | 8,000 00 |

| 10. Adjusted Gross Income from your U.S. Forms 1040, 1040A, 1040EZ or 1040NR (see instructions) | 10. | 30,293 00 |
| 11. Additions from Schedule 1, line 9. Attach Schedule 1 | 11. | 00 |
| 12. Total. Add lines 10 and 11 | 12. | 30,293 00 |
| 13. Subtractions from Schedule 1, line 27. Attach Schedule 1 | 13. | 00 |
| 14. Income subject to tax. Subtract line 13 from line 12. If line 13 is greater than line 12, enter "0" | 14. | 30,293 00 |
| 15. Exemption allowance. Enter amount from line 9e or Schedule NR, line 19 | 15. | 8,000 00 |
| 16. Taxable income. Subtract line 15 from line 14. If line 15 is greater than line 14, enter "0" | 16. | 22,293 00 |
| 17. Tax. Multiply line 16 by 4.25% (0.0425) | 17. | 947 00 |

**NON-REFUNDABLE CREDITS**     AMOUNT     CREDIT

| 18. Income Tax Imposed by government units outside Michigan. Attach a copy of the return (see instructions) | 18a. 00 | 18b. 00 |
| 19. Michigan Historic Preservation Tax Credit carryforward and/or Small Business Investment Tax Credit (see instructions) | 19a. 00 | 19b. 00 |
| 20. Income Tax. Subtract the sum of lines 18b and 19b from line 17. If the sum of lines 18b and 19b is greater than line 17, enter "0" | | 20. 947 00 |

+ 1022 2014 05 01 27 4     Continue on page 2. This form cannot be processed if page 2 is not completed and attached.

Filer's Full Social Security Number: 3957

| | | | |
|---|---|---|---|
| 21. | Enter amount of Income Tax from line 20 | 21. | 947 00 |
| 22. | Voluntary Contributions from Form 4642, line 10. Attach Form 4642 | 22. | 00 |
| 23. | USE TAX. Use tax due on Internet, mail order or other out-of-state purchases from Worksheet 1 (see instructions) | 23. | 0 00 |
| 24. | Total Tax Liability. Add lines 21, 22 and 23 | 24. | 947 00 |

**REFUNDABLE CREDITS AND PAYMENTS**

| | | | |
|---|---|---|---|
| 25. | Property Tax Credit. Attach MI-1040CR or MI-1040CR-2 | 25. | 00 |
| 26. | Farmland Preservation Credit. Attach MI-1040CR-5 | 26. | 00 |
| 27. | a. Federal Earned Income Tax Credit  27a. 1,316 00 | | |
| | b. Michigan Earned Income Tax Credit. Multiply line 27a by 6% (0.06) | 27b. | 79 00 |
| 28. | Michigan Historic Preservation Tax Credit (refundable). Attach Form 3581 | 28. | 00 |
| 29. | Michigan tax withheld from Schedule W, line 7. Attach Schedule W (do not submit W-2s) | 29. | 916 00 |
| 30. | Estimated tax, extension payments and 2013 credit forward | 30. | 00 |
| 31. | Total refundable credits and payments. Add lines 25, 26, 27b, 28, 29 and 30 | 31. | 995 00 |

**REFUND OR TAX DUE**

| | | | |
|---|---|---|---|
| 32. | If line 31 is less than line 24, subtract line 31 from line 24. Include interest ____ and penalty ____ if applicable (see instr.) YOU OWE | 32. | 00 |
| 33. | Overpayment. If line 31 is greater than line 24, subtract line 24 from line 31 | 33. | 48 00 |
| 34. | Credit Forward. Amount of line 33 to be credited to your 2015 estimated tax for your 2015 tax return | 34. | 00 |
| 35. | Subtract line 34 from line 33   REFUND | 35. | 48 00 |

**DIRECT DEPOSIT**
Deposit your refund directly to your financial institution! See instructions and complete a, b and c.

| a. Routing Transit Number | b. Account Number | c. Type of Account |
|---|---|---|
| | | 1. ☐ Checking  2. ☐ Savings |

**Deceased Taxpayer.** If Filer and/or Spouse died after December 31, 2013, enter dates below.
ENTER DATE OF DEATH ONLY. Example: 04-15-2014 (MM-DD-YYYY)

| Filer | Spouse |
|---|---|
| | |

**Preparer Certification.** I declare under penalty of perjury that this return is based on all information of which I have any knowledge.
Preparer's PTIN, FEIN or SSN: 06-02-16

**Taxpayer Certification.** I declare under penalty of perjury that the information in this return and attachments is true and complete to the best of my knowledge.

Filer's Signature: Emily B_____
Date: 6-2-16
Spouse's Signature:
Date:

☐ By checking this box, I authorize Treasury to discuss my return with my preparer.

Preparer's Business Name (print or type): SAGINAW VALLEY BUSINESS SERVICES, INC
Preparer's Business Address (print or type):
509 E MIDLAND ST.
BAY CITY   MI   48706

**Refund, credit, or zero returns.** Mail your return to: Michigan Department of Treasury, Lansing, MI 48956
**Pay amount on line 32.** Mail your check and return to: Michigan Department of Treasury, Lansing, MI 48929

Make your check payable to "State of Michigan." Print the last four digits of your Social Security number and "2014 Income Tax" on the front of your check. If paying on behalf of another taxpayer, write the filer's name and the last four digits of their Social Security number on the check. Do not staple your check to the return. You can pay electronically using Michigan's e-Payments service. Keep a copy of your return and supporting schedules for six years. For more information and to check your refund status, have a copy of your MI-1040 available when you visit www.michigan.gov/iit.

+ 1022 2014 05 02 27 2

# 2011 MICHIGAN Individual Income Tax Return MI-1040

**Return is due April 17, 2012.**
Type or print in blue or black ink.

| | |
|---|---|
| EMILY | YORK-BARNETT |
| | ·3957 |

5228 MCCARTY

SAGINAW   MI   48603

4. School District Code (5 digits - see p 49): **09050**

**5. STATE CAMPAIGN FUND**
Check this box if you (or your spouse, if filing a joint return) want $3 of your taxes to go to this fund. This will not increase your tax or reduce your refund.
a. You — Yes ☐ No ☒
b. Spouse — Yes ☐ No ☐

**6. FARMERS, FISHERMEN OR SEAFARERS**
☐ Check this box if 2/3 of your income is from farming, fishing or seafaring.

**7. FILING STATUS. Check one.**
a. ☒ Single
b. ☐ Married, filing jointly
c. ☐ Married, filing separately*
*If you check box "c," complete line 3 and enter spouse's name below:

**8. RESIDENCY. Check all that apply.**
a. ☒ Resident
b. ☐ Nonresident*
c. ☐ Part-Year Resident*
*If you check box "b" or "c," you must complete and attach Schedule NR.

**9. EXEMPTIONS**

| | | | | |
|---|---|---|---|---|
| a. Number of exemptions you claimed on your 2011 federal return | 9a. | 2 | x $3,700 | 7,400 00 |
| b. Number of individuals 65 or older who qualify for a special exemption | 9b. | | x $2,400 | 00 |
| c. Number of individuals who qualify for one of the following special exemptions: deaf, blind, hemiplegic, paraplegic, quadriplegic, or totally and permanently disabled | 9c. | | x $2,400 | 00 |
| d. Number of children ages 18 and under you claimed as Michigan exemptions | 9d. | 1 | x $600 | 600 00 |
| e. Number of qualified disabled veterans | 9e. | | x $300 | 00 |
| f. If your unemployment compensation is 50% or more of your Adjusted Gross Income (amount claimed on line 10) check (X) the box and enter $2,400 | 9f. ☐ | | $2,400 | 00 |
| g. If someone else can claim you as a dependent, check (X) the box, complete Worksheet 2 on p. 10, and enter the amount from the worksheet | 9g. ☐ | | 9g. | 00 |
| h. Add lines 9a, 9b, 9c, 9d, 9e, 9f and 9g. Enter here and on line 15 | | | 9h. | 8,000 00 |
| 10. Adjusted Gross Income from your U.S. Forms 1040, 1040A, 1040EZ or 1040NR (see p. 10) | | | 10. | 31,268 00 |
| 11. Additions from Michigan Schedule 1, line 7. Attach Schedule 1 | | | 11. | 00 |
| 12. Total. Add lines 10 and 11 | | | 12. | 31,268 00 |
| 13. Subtractions from Michigan Schedule 1, line 21. Attach Schedule 1 | | | 13. | 00 |
| 14. Income subject to tax. Subtract line 13 from line 12. If line 13 is greater than line 12, enter "0" | | | 14. | 31,268 00 |
| 15. Exemption allowance. Amount from line 9h or Schedule NR, line 20 | | | 15. | 8,000 00 |
| 16. Taxable income. Subtract line 15 from line 14. If line 15 is greater than line 14, enter "0" | | | 16. | 23,268 00 |
| 17. Tax. Multiply line 16 by 4.35% (0.0435) | | | 17. | 1,012 00 |
| 18. Total Nonrefundable Credits. Amount from Schedule 2, line 11. Attach Schedule 2 | | | 18. | 00 |
| 19. Income Tax. Subtract line 18 from line 17. If line 18 is greater than line 17, enter "0" | | | 19. | 1,012 00 |

**D DIRECT DEPOSIT** Deposit your refund directly to your financial institution! See p. 11 and complete a, b and c.
a. Routing Transit Number
c. Account Number
b. Type of Account (1) ☐ Checking (2) ☐ Savings

Continue on page 2. This form cannot be processed if page 2 is not completed and attached.

+ 1022 2011 05 01 27 0

Filer's Social Security Number  3957

| | | |
|---|---|---|
| 20. Enter amount of Income Tax from line 19 | 20. | 1,012 00 |
| 21. Voluntary Contributions from Form 4642, line 7. Attach Form 4642 | 21. | 00 |
| 22. USE TAX  Use tax due on Internet, mail order or other out-of-state purchases from Worksheet 1, line 3, p. 9. | ▶ 22. | 0 00 |
| 23. Add lines 20, 21 and 22 | 23. | 1,012 00 |

**REFUNDABLE CREDITS AND PAYMENTS**

| | | |
|---|---|---|
| 24. Property Tax Credit. Attach MI-1040CR or MI-1040CR-2 | ▶ 24. | 00 |
| 25. Farmland Preservation Credit. Attach MI-1040CR-5 | ▶ 25. | 00 |
| 26. Qualified Adoption Expenses. Attach U.S. Form 8839 and MI-8839 | ▶ 26. | 00 |
| 27. Stillbirth Credit. Amount from Worksheet 3, line B, p. 11 | ▶ 27. | 00 |
| 28. a. Federal Earned Income Tax Credit ▶ 28a. 763 00 | | |
| b. Michigan Earned Income Tax Credit. Multiply line 28a by 20% (0.20) | ▶ 28b. | 153 00 |
| 29. Energy Efficient Qualified Home Improvement Credit. Attach Form 4764 | ▶ 29. | 00 |
| 30. Michigan Historic Preservation Tax Credit (refundable). Attach Form 3581 | ▶ 30. | 00 |
| 31. Michigan tax withheld from Schedule W, line 3. Attach Schedule W (do not submit W-2's) | ▶ 31. | 1,039 00 |
| 32. Estimated tax, extension payments and 2010 credit forward | ▶ 32. | 00 |
| 33. Total refundable credits and payments. Add lines 24 through 27, 28b, and 29 through 32 | 33. | 1,192 00 |

**REFUND OR TAX DUE**

| | | |
|---|---|---|
| 34. If line 33 is less than line 23, subtract line 33 from line 23. ▶ Include interest ____ and penalty ____ if applicable (see p. 11) **YOU OWE** | 34. | 00 |
| 35. Overpayment. If line 33 is greater than line 23, subtract line 23 from line 33 | 35. | 180 00 |
| 36. Credit Forward. Amount of line 35 to be credited to your 2012 estimated tax for your 2012 tax return | ▶ 36. | 00 |
| 37. Subtract line 36 from line 35  **REFUND** ▶ | 37. | 180 00 |

**Deceased Taxpayer.** If Filer and/or Spouse died after December 31, 2010, check the appropriate box below.

▶ ☐ Filer is Deceased   ▶ ☐ Spouse is Deceased

**Taxpayer Certification.** I declare under penalty of perjury that the information in this return and attachments is true and complete to the best of my knowledge.

Filer's Signature: [signed] Emily Bower  Date: 6-2-16
Spouse's Signature:  Date:

▶ I authorize Treasury to discuss my return with my preparer.   ☐ Yes  ☒ No

**Preparer Certification.** I declare under penalty of perjury that this return is based on all information of which I have any knowledge.

▶ Preparer's PTIN, FEIN or SSN  06-02-16

▶ Preparer's Business Name (print or type)
SAGINAW VALLEY BUSINESS SERVICES, INC

Preparer's Business Address (print or type)
509 E MIDLAND ST.
BAY CITY    MI   48706

**Refund, credit, or zero returns.** Mail your return to: Michigan Department of Treasury, Lansing, MI 48956
**Pay amount on line 34.** Mail your check and return to: Michigan Department of Treasury, Lansing, MI 48929

Make your check payable to "State of Michigan." Print your Social Security number and "2011 income tax" on the front of your check. If paying on behalf of another taxpayer, write the taxpayer's name and Social Security number on the check. Do not staple your check to the return. Keep a copy of your return and all supporting schedules for six years. To check the status of your refund, have a copy of your MI-1040 available when you visit: www.michigan.gov/iit

+ 1022 2011 05 02 27 8



## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION (BAY CITY)

In the Matter of:                                                 Case No. 16-20511
                                                                     Chapter 13 Proceeding
Emily M. Barnett,                                     Honorable Daniel S. Opperman

                                        Debtor(s) /

### ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM 18

      THIS MATTER, having come before the Court on the Objections of the debtor to the claim of Michigan Department of Treasury, and this Court being otherwise fully advised in the premises.

      **NOW THEREFORE, IT IS HEREBY ORDERED** that the debtors objection to Michigan Department of Treasury 's proof of claim 18 is sustained and proof of claim 18 is disallowed in total.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION (BAY CITY)

In the Matter of:

Emily M. Barnett,

                          Debtor(s) /

Case No. 16-20511
Chapter 13 Proceeding
Honorable Daniel S. Opperman

### NOTICE OF OBJECTION TO PROOF OF CLAIM 18

Debtor has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or denied.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before October 20, 2016 you or your lawyer must:

a. File with the court a written response to the objection, explaining your position at:

    United States Bankruptcy Court
    111 First Street
    P.O. Box 911
    Bay City, Michigan 48707

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Kimberly A. Kramer | Thomas W. McDonald, Jr. |
| Attorney for Debtors | Chapter 13 Trustee |
| 916 Washington Ave., Ste. 320 | 3144 Davenport Avenue |
| Bay City, MI 48708 | Saginaw, MI 48602 |
| (989) 671-4333 | (989) 672-6766 |

b. Attend the hearing on the objection, scheduled to be held on **October 27, 2016 at 10:00 a.m. at** United States Bankruptcy Court, 111 First Street, Bay City, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. . (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may deem that you do not oppose the objection to your claim, in which even the hearing will be canceled, and the objection sustained.**

Dated: September 6, 2016

Respectfully Submitted,
**KIMBERLY KRAMER, P.L.C.**
/s/ Kimberly A. Kramer
KIMBERLY A. KRAMER (P59045)
Attorney for Debtor
916 Washington Avenue, Suite 320
Bay City, MI 48708
(989) 671-4333
Kimberlykramerplc@sbcglobal.net

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION (BAY CITY)

In the Matter of:

Emily M. Barnett,

Case No. 16-20511
Chapter 13 Proceeding
Honorable Daniel S. Opperman

_____ Debtor(s) /

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN )
)SS.
COUNTY OF BAY )

The following entities were served by first class mail on September 6, 2016:

    Michigan Department of Treasury, Revenue and Collections Division, First Floor, Treasury Building, Lansing, MI 48922;

    Michigan Department of Treasury, Bankruptcy Unit, P.O. Box 30168, Lansing, MI 48909;

    Office of the U.S. Attorney, 101 First St., Ste. 200, Bay City, MI 48708;

    Department of Justice, Tax Division, P.O. Box 55, Ben Franklin Station, Washington, DC 20044;

    IRS, P.O. Box 330500, Stop 15, Detroit, MI 48226;

    Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346

The following entities were served by electronic transmission on September 6, 2016:

    Thomas W. McDonald, Jr.    ecf@mcdonald13.org

I, Valerie E. Groulx, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**OBJECTION TO PROOF OF CLAIM 18**

                                            */s/ Valerie Groulx*
                                            Valerie Groulx, an employee of
                                            **KIMBERLY KRAMER, P.L.C.**
                                            916 Washington Ave., Ste. 320
                                            Bay City, MI 48708
                                            (989) 671-4333
                                            Kimberlykramerplc@sbcglobal.net

PREPARED BY:
KIMBERLY KRAMER, PLC.
BY: KIMBERLY A. KRAMER (P59045)
Attorney for Debtor(s)
916 Washington Ave., Ste. 320
Bay City, MI 48708
(989) 671-4333
kimberlykramerplc@sbcglobal.net