Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
111 First Street
Bay City, MI 48708

Case No.: 16−20511−dob
Chapter: 13
Judge: Daniel S. Opperman.BayCity

In Re: (NAME OF DEBTOR(S))
   Emily M Barnett
   fka Emily M York
   5228 McCarty
   Saginaw, MI 48603

Social Security No.:
   xxx−xx−3957

Employer's Tax I.D. No.:

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that the STATUS CONFERENCE to consider and act upon the following:

*39* – Objection to Claim Number 18 of Claimant Michigan Department of Treasury. Filed by Debtor Emily M Barnett (Kramer, Kimberly) Hearing scheduled 10/27/2016 at 10:00 AM at Courtroom, Bay City, 111 First St.. Response due by 10/20/2016.

will be held on: 11/21/16 at 09:00 AM at U.S. Bankruptcy Court Courtroom, 111 First St., Bay City, MI 48708

The parties may appear telephonically for this status conference. Please provide the Court with a telephone number you may be reached at for the conference prior to the day of the conference.

Dated: 10/28/16

                                                                 BY THE COURT

                                                                  Katherine B. Gullo, Clerk of Court
                                                                  U.S. Bankruptcy Court